IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:21CR3036 |
| vs. | |
| FELIX PENA, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) The motion of Timothy Sullivan to withdraw as counsel of record for Defendant, (Filing No. 107), is granted.

2) Defendant's newly retained counsel, Timothy Noerrlinger, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Timothy Sullivan from any future ECF notifications herein.

Dated this 25th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge